IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW A. HATTEL,<br><br>Defendant. | PO 24-05045-KLD<br><br>VIOLATION:<br>F5227930<br>Location Code: M5<br><br>ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the hearing scheduled for December 5, 2024, is **VACATED**.

DATED this 18th day of November 2024

_____
KATHLEEN L. DESOTO
United States Magistrate Judge